**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

February 25, 2014

Hon. Scott M. Ellison
Law Offices Of Scott M. Ellison
410 Peoples Street
Corpus Christi, TX 78401

Hon. Nanette Hasette
28th District Court
901 Leopard St.,  Suite 803
Corpus Christi, TX 78401

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401

Hon. Patsy Perez
District Clerk
901 Leopard, Suite 313
Corpus Christi, TX 78401

Re:       Cause No. 13-14-00116-CR
Tr.Ct.No.  13-CR-1257-A
Style:     In Re  David Alvarez

Dear Sir/Madam:

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.